UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAVID CROOKS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CAUSE NO. 3:11-CV-221 RM |
| | ) |
| JULIA BLACKWELL GELINAS, et al., | ) |
| | ) |
| Defendants | ) |

O R D E R

This cause is before the court on the defendants' motion to dismiss the amended complaint, filed September 29, 2011. In the spirit of <u>Lewis v. Faulkner</u>, 689 F.2d 100 (7th Cir. 1982), plaintiff David Crooks is hereby notified of his obligation to respond to the defendants' motion to dismiss. Should he fail to respond, a dismissal shall, if appropriate, be entered against him. Accordingly, Mr. Crooks is given to and including October 18, 2011 within which to respond to the defendants' motion to dismiss his amended complaint.

SO ORDERED.

ENTERED:   October 3, 2011

/s/ Robert L. Miller, Jr.
Judge, United States District Court

cc:   D. Crooks
      D. Kasper