UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAVID CROOKS, | ) |
| Plaintiff | ) |
| vs. | ) CAUSE NO. 3:11-CV-221 RM |
| HOUSEHOLD FINANCE CORP. III, et al., | ) |
| Defendants | ) |

ORDER

This cause is before the court on the motion to dismiss the second amended complaint and for an award of sanctions filed by the defendants on December 19, 2011. In the spirit of Lewis v. Faulkner, 689 F.2d 100 (7th Cir. 1982), plaintiff David Crooks is hereby notified of his obligation to respond to the defendants' motion to dismiss. Should he fail to respond, a dismissal shall, if appropriate, be entered against him. Accordingly, Mr. Crooks is given to and including January 4, 2012 within which to respond to the defendants' motion.

SO ORDERED.

ENTERED:   December 20, 2011

/s/ Robert L. Miller, Jr.
Judge, United States District Court

cc:   D. Crooks
      D. Kasper